IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL -7 2008
Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| Julio Valladares<br>8516 14th Place<br>Hyattsville, MD 20783<br><br>Plaintiff,<br><br>v.<br><br>Howard University Hospital, Inc.<br>t/a Howard University Hospital<br>2041 Georgia Avenue, N.W.<br>Washington, D.C. 20060<br>Serve: R/A Norma B. Leftwich, J.D.<br>     Howard University<br>     Office of the General Counsel<br>     2400 Sixth Street, N.W.<br>     Washington, D.C. 20059<br><br>Defendant. | Case: 1:08-cv-01169<br>Assigned To : Friedman, Paul L.<br>Assign. Date : 7/7/2008<br>Description: PI/Malpractice |

**JURY ACTION**

## COMPLAINT

COMES NOW the Plaintiff, Julio Valladares, by Michael M. Wilson, his counsel, and represents to this Honorable Court as follows:

(Jurisdiction and Parties)

1. Plaintiff Julio Valladares ("Plaintiff") is an alien admitted to the United States for permanent residence who is domiciled in the state of Maryland.

2. Defendant Howard University Hospital, Inc., t/a Howard University Hospital ("HUH"), is a corporation headquartered in the District of Columbia, which at all times relevant hereto, provided hospital and medical services to patients

such as Julio Valladares.

3. All acts and/or omissions relating to Plaintiff's claims against HUH took place within the District of Columbia.

4. Pursuant to 28 U.S.C. Section 1391, *et seq.*, the proper venue for this action is Washington, District of Columbia.

5. The matter in controversy exceeds the sum of $75,000, as Plaintiff, by virtue of the Defendant's negligence, has suffered a traumatic amputation of his right arm above the elbow. He is right handed. Plaintiff will suffer from pain, disfigurement, and loss of use of his right arm for the remainder of his natural life. This complaint asks for the sum of $40 Million.

6. As the matter in controversy exceeds the sum of $75,000, and the Plaintiff and HUH are diverse as set forth in 28 U.S.C. Section 1332, this Honorable Court has diversity jurisdiction with respect to this action.

## COUNT I
(Medical Negligence)

7. Plaintiff Julio Valladares was, during the period of approximately July 26, 2005 until August 14th, 2005, a patient of HUH.

8. On admission to HUH, Julio Valladares was suffering from ulcerative colitis, and had no injury to his right arm.

9. As part of his treatment for ulcerative colitis, agents, servants, and/or employees of HUH inserted, placed, and maintained one or more IVs in Plaintiff's right arm.

10. Agents, servants, and/or employees of HUH ran multiple medications

through a single peripheral IV, including, but not limited to Phenergan, antibiotics, Clinimax, and intralipids.

11. On or about August 4th, 2005, it was recorded that the Plaintiff had pain described as "burning discomfort" at his IV site.

12. On or about August 4th, 2005, a nurse taking care of Plaintiff noted that the Plaintiff only has one peripheral line, and that multiple IV meds as well as Clinimax and intralipids were being run through that single line.

13. On or about August 4th, 2005, a nurse taking care of Plaintiff noted at 11 p.m. that Dr. Cherquaoui was made aware the Plaintiff may need a central line. Meanwhile, the Plaintiff remained with one peripheral line servicing the provision of Phenergan, antibiotics, Clinimax, and intralipids.

14. On or about August 5th, 2005, it was noted that there were some discolored blisters on the right hand.

15. On or about August 7th, 2005, it was noted that there was swelling, cyanotic discoloration, and blisters on the right arm.

16. On or about August 7th, 2005, an intern noted that the patient had developed phlebitis.

17. On or about August 8th, 2005, the Plaintiff remained hypotensive.

18. On or about August 9th, 2005, the Plaintiff was transferred to the ICU.

19. On or about August 9th, 2005, it was noted that the right hand was cold and cyanotic.

20. On or about August 11th, 2005, the right hand was found to be cold,

tense, pulseless, cyanotic, and with large blisters. A diagnosis of compartment syndrome from an infiltrated IV was made.

21. On or about August 11th, 2005, the patient was operated on by vascular surgery. Despite the preoperative diagnosis of compartment syndrome, no fasciotomy was done performed.

22. On August 12th, 2005, vascular surgery recommended to Plaintiff that his right arm be amputated by orthopedic surgery.

23. Plaintiff requested a transfer to another hospital for a second opinion.

24. On or about August 15th, 2005, Plaintiff was transferred to Georgetown University Hospital.

25. On or about August 17th, 2005, Plaintiff's suffered a right arm above elbow guillotine amputation.

26. Since August 17th, 2005, Plaintiff has suffered pain, disfigurement, loss of use of the right arm, inability to work as a cab driver, and other injuries.

27. Defendant HUH, acting by and through its agents, servants, employees, and apparent agents, breached applicable standards of care in, _inter alia_,

    (a) Failing to use a central line or a larger peripheral line to run the multiple medications required by plaintiff's condition;

    (b) Failing to monitor the peripheral IV and treat the infiltration on a timely basis;

(c) Failing to properly treat the compartment syndrome in the operation of August 11th, 2005; and

(d) Defendant HUH may have been negligent in other ways.

28. Defendant HUH failed to obtain a proper informed consent with respect to the alternatives to the treatment offered, including but not limited to the choice of a single peripheral IV to run multiple medications, and the failure to perform a fasciotomy during the operation of August 11th 2005.

29. As a direct and proximate result of the aforesaid negligence and failure to obtain informed consent, the Plaintiff has suffered a guillotine amputation of the right arm above the elbow, pain, disfigurement, loss of use of the right arm, and such other injuries as are recognized by the law of the District of Columbia. Additionally, Plaintiff has incurred substantial past medical bills; will incur substantial future medical bills, has incurred past loss of earnings, will incur future loss of earnings, and has also has been injured in other ways.

WHEREFORE, Plaintiff Julio Valladares by and through his counsel, Michael M. Wilson, demands judgment that Defendant Howard University Hospital, Inc. is liable to him for compensatory damages in the amount of 40 Million Dollars, plus interest and costs.

Page 6 of 7

Respectfully submitted,

/s/ Michael M. Wilson
_____
Michael M. Wilson
D.C. Bar No. #941674
U.S. Court of Appeals
for the District of Columbia #30702
1120 19th Street, N.W. Suite LL-11
Washington, D.C. 20036
(202) 223-4488
Fax: (202) 280-1414
Email: wilson@wilsonlaw.com
Counsel for the Plaintiff

Page 7 of 7

## JURY DEMAND

Plaintiff demands a trial by jury as to all issues so triable.

_/s/ Michael M. Wilson_
Michael M. Wilson

Complaint Valladares Thursday, July 03, 2008

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Julio Valladares

88888

## DEFENDANTS
Howard University Hospital, Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Michael M. Wilson, Esquire
1120 19th Street, N.W.
Suite LL-11, Washington, D.C. 20036
(202) 223-4488; wilson@wilsonlaw.com

Case: 1:08-cv-01169
Assigned To : Friedman, Paul L.
Assign. Date : 7/7/2008
Description: PI/Malpractice

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ⦿ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ⦿ 4 |
| Citizen of Another State | ⦿ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ⦿ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

- ○ **A. Antitrust**
  - ☐ 410 Antitrust

- ⦿ **B. Personal Injury/Malpractice**
  - ☐ 310 Airplane
  - ☐ 315 Airplane Product Liability
  - ☐ 320 Assault, Libel & Slander
  - ☐ 330 Federal Employers Liability
  - ☐ 340 Marine
  - ☐ 345 Marine Product Liability
  - ☐ 350 Motor Vehicle
  - ☐ 355 Motor Vehicle Product Liability
  - ☐ 360 Other Personal Injury
  - ☒ 362 Medical Malpractice
  - ☐ 365 Product Liability
  - ☐ 368 Asbestos Product Liability

- ○ **C. Administrative Agency Review**
  - ☐ 151 Medicare Act
  - Social Security:
  - ☐ 861 HIA ((1395ff)
  - ☐ 862 Black Lung (923)
  - ☐ 863 DIWC/DIWW (405(g)
  - ☐ 864 SSID Title XVI
  - ☐ 865 RSI (405(g)
  - Other Statutes
  - ☐ 891 Agricultural Acts
  - ☐ 892 Economic Stabilization Act
  - ☐ 893 Environmental Matters
  - ☐ 894 Energy Allocation Act
  - ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

- ○ **D. Temporary Restraining Order/Preliminary Injunction**

  Any nature of suit from any category may be selected for this category of case assignment.

  *(If Antitrust, then A governs)*

- ○ **E. General Civil (Other)**     OR     ○ **F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- (●) 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 1332 - Diversity Jurisdiction - Negligence by Defendant Howard University Hospital

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 40,000,000.00   Check YES only if demanded in complaint
JURY DEMAND:   YES [X]   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO [X]   If yes, please complete related case form.

DATE 7/3/08   SIGNATURE OF ATTORNEY OF RECORD  *Michael M Wilson*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.