AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Julio Valladares

**SUMMONS IN A CIVIL CASE**

V.

Howard University Hospital, Inc.

CASE NUMBER:  08 1169-PLF

TO: (Name and address of Defendant)

Howard University Hospital, Inc. t/a Howard University Hospital,
2041 Georgia Avenue, N.W., Washington, D.C.
20036
Serve: Norma B. Leftwich, J.D., Howard University, Office of the
General Counsel, 2400 Sixth Street, N.W., Washington, D.C. 20059

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael M. Wilson
1120 19th Street, N.W. Suite LL-11
Washington, D.C. 20036
(202) 223-4488
Fax: (202) 280-1414
Email: wilson@wilsonlaw.com

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7/7/08 @ 12:30 p.m. |
| NAME OF SERVER *(PRINT)* Alex Hernandez | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    XX  Other (specify): Served upon Howard University Hospital c/o Adonna J. Bannister, Associate General Counsel/Authorized Agent. Served at 2400 6th Street, N.W., Washington, DC 20060

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/7/08         *[signature]*
                Date                *Signature of Server*

                P.O. Box 18647, Washington, DC 20036
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.