IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIO VALLADARES | : |
| | : |
| Plaintiff, | : |
| | : Case No. 1:08-CV-01169-PLF |
| v. | : Judge Paul L. Friedman |
| | : |
| HOWARD UNIVERSITY HOSPITAL, | : |
| INC., T/A HOWARD UNIVERSITY | : |
| HOSPITAL | : |
| | : |
| Defendant. | : |
| | : |

## **ENTRY OF APPEARANCE OF COUNSEL**

Please enter the appearance of Stuart M. Salsbury and Salsbury, Clements, Bekman, Marder, & Adkins, L.L.C., as co-counsel for the Plaintiff in the above-entitled case.

 

STUART M. SALSBURY (D.C. Bar #463059)
SALSBURY, CLEMENTS, BEKMAN,
    MARDER & ADKINS, L.L.C.
300 West Pratt Street
Suite 450
Baltimore, Maryland 21201
410-536-6633

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ____ day of September, 2008, a copy of the Entry of Appearance of Counsel was mailed, first class, postage prepaid to:

Steven A. Hamilton, Esquire
4600 East-West Highway
Suite 201
Bethesda, MD 20814
*Attorneys for Defendant*

Michael M. Wilson, Esquire
1120 19th Street, N.W., Ste. LL-11
Washington, DC 20036
*Attorneys for Plaintiff*

                                                _____
                                                STUART M. SALSBURY
                                                SALSBURY, CLEMENTS, BEKMAN,
                                                    MARDER & ADKINS, L.L.C.

                                                Attorneys for Plaintiffs